**THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION AT COVINGTON**

**CIVIL ACTION NO. 2:20-cv-69 (WOB-CJS)**

**USA**                                                              **PLAINTIFF**

**VS.**                                    **ORDER**

**$27,407.00 in United States Currency**                  **DEFENDANT**

**PAUL DUNN**                                                  **CLAIMANT**

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. 19) and no objections having been filed, and the Court being sufficiently advised,

**IT IS ORDERED** that: (1) the Report and Recommendation (Doc. 19) be, and is hereby, adopted as the findings of fact and conclusion of law of this Court; (2) Plaintiff United States' Motion to Strike Claim (Doc. 18) be, and hereby is **granted**; and 3) Claimant Paul Dunn's Verified Claim (Doc. 7) be, and hereby is, **stricken** from the record. Judgment shall enter concurrently herewith.

This 2nd day of June, 2021.



Signed By:
*William O. Bertelsman*
United States District Judge